**HOURIGAN, KLUGER & QUINN**
A PROFESSIONAL CORPORATION

BY:   Joseph A. Quinn, Jr., Esquire       ATTORNEYS FOR PLAINTIFFS
      Kevin C. Quinn, Esquire
      Brian Q. McDonnell, Esquire
      Nicole M. Santo, Esquire

IDENTIFICATION Nos.  01810; 53625; 204089; 309043

LAW OFFICES
600 THIRD AVENUE
KINGSTON, PA 18704-5815
(570) 287-3000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY ELIZABETH JORDAN
FLICKINGER, O.D., and JAMES
BRADLEY FLICKINGER, O.D.,
Individually and as Parents and Natural
Guardians of D.J.F., a minor and J.B.F.,   :   CIVIL ACTION – LAW
a minor,
        Plaintiffs
    vs.   :   ***JURY TRIAL DEMANDED***
TOYS "R" US-DELAWARE, INC.,

        Defendant   :   No.  3:10-CV-00305

        (JUDGE CAPUTO)

### PLAINTIFFS' SECOND AMENDED PRETRIAL DISCLOSURES IN ACCORDANCE WITH F.R.C.P. 26(a)(3)(A)(i)

The following individuals may be called to testify on behalf of Plaintiffs at the time of trial in the above-captioned matter. Plaintiffs intend to call all witnesses to offer live testimony, but also reserve the right to offer the depositions of those individuals who have been or will be deposed. Witnesses who may be called on behalf of Plaintiffs at the time of trial include the following:

Mary Elizabeth Jordan Flickinger, D.O.
1005 Lewis Lane
Clarks Summit, PA 18411
570.587.8910

949903.1

James Bradley Flickinger, D.O.
1005 Lewis Lane
Clarks Summit, PA 18411
570.587.8910

D.J.F., a minor
1005 Lewis Lane
Clarks Summit, PA 18411

J.B.F., a minor
1005 Lewis Lane
Clarks Summit, PA 18411

Anita Galinski
Toys R Us
1514 Broadway
NY, NY
or
137C Kinderkamack Road
Park Ridge, NJ 07656

Laura Godino
Toys R Us
1514 Broadway
NY, NY
or
94-86 115th Street
Queens, NY

Karl Hall
32 Byrnes Lane West
Sayreville, NJ

Matthew Hollis
Toys "R" Us
1514 Broadway
NY, NY

Mark Anthony Jack
Loss Prevention
Toys "R" Us
1514 Broadway
NY, NY
or
2401 Nostrand Avenue
Apt. 3A
Brooklyn, NY 11210

949903.1

Sanaa Jennings
7 Saint James Place
New York, NY 10038

Hank Jones
Former Toys R Us

Lisa Lozada
Assistant World Manager
Toys "R" Us
1514 Broadway
NY, NY
or
3539 Bainbridge Avenue
Bronx, NY 10467

Gislane Morel
Toys R Us
1514 Broadway
NY, NY
or
181 East 161st Street
Apt. 1B
Bronx, NY 10451

Mike Norman
Nassau Candy

William O'Keefe
Sr. Operations Manager
Toys "R" Us
1514 Broadway
NY, NY
or
16 Morningside Drive
Old Bridge, NJ 08857

Jesus Orengo
Toys "R" Us
1514 Broadway
NY, NY
or
87-73 Kingston Place
Jamaica, NY 11432

Alex Ortiz
Toys R Us
1514 Broadway
NY, NY

Richard Oswald
Toys R Us
1514 Broadway
NY, NY

Thomas Robertson
Private Investigator
226-26 Union Turnpike
Apt. 1P
Bayside, NY  11364
718.464.6439

MaryBet Rosado
Toys R Us
1514 Broadway
NY, NY

Suzanne Sallata
Toys R Us
1514 Broadway
NY, NY
or
200 West 15th Street
Apt. 10G
New York, NY  10011

Gloria Whitehead
Toys R Us
1514 Broadway
NY, NY

Representatives of Advanced Imaging
1000 Meade Street
Dunmore, PA  18512
570.504.2500

Representatives of Body Dynamic
115 E. Grove Street
Clarks Summit, PA  18411
570.586.1188

949903.1

4

Dr. Michael Boland
Northeastern Eye Institute
503 S. State Street
Clarks Summit, PA  18411
570.587.2100

Joseph Carroll
Northeastern Eye Institute
200 Mifflin Avenue
Scranton, PA  18503
570.344.1309

Joseph Cronkey, M.D.
1210 O'Neill Highway
Dunmore, PA  18512
570.961.1961

Representatives of CVS Pharmacy
100 South Abington Road
Clarks Summit, PA  18411
1.800.287.2414

Janet Evans
Northeastern Eye Institute
200 Mifflin Avenue
Scranton, PA  18503
570.344.1309

Seth Jones, M.D.
802 Jefferson Avenue
Scranton, PA  18510
570-348.1118

Dr. Arthur Jordan, Jr.
Northeastern Eye Institute
200 Mifflin Avenue
Scranton, PA  18503
570.344.1309

Dr. Jerome Jordan
124 Old Orchard Rd
Clarks Summit, PA  18411

Marlene Jordan
124 Old Orchard Rd
Clarks Summit, PA  18411

Dr. William Jordan, Jr.
Northeastern Eye Institute
200 Mifflin Avenue
Scranton, PA  18503
570.344.1309

Erin Kovaleski
205 Jefferson Street
Simpson, PA  18407
570.881.5459

Paul J. Mackarey, PT
240 Penn Avenue
Scranton, PA  18503
570.558.0290

Sandy McHugh
Northeastern Eye Institute
200 Mifflin Avenue
Scranton, PA  18503
570.344.1309

Melanie Matylewicz
709 O'Hara Street
Scranton, PA
570.466.8492

Carl J. Milks, M.D.
102 N. Abington Road
Suite 104
Clarks Summit, PA  18411
570.585.7377
570.585.7379 (fax)

Individuals from Current Employer, Northeastern Eye Institute
200 Mifflin Avenue
Scranton, PA  18503
570.344.1309

Lisa Robertson, D.O.
790 Northern Blvd.
Clarks Summit, PA  18411
570.586.4141

Amy Salvatore
120 Emily Avenue
Scranton, PA 18504
570.862.8269

Dr. Joseph Shovlin
Northeastern Eye Institute
503 S. State Street
Clarks Summit, PA 18411
570.587.2100

Erin Valvano
825 Froude Avenue
Scranton, PA 18505

Christine Walsh
POB 62
Waverly, PA 18471

Kathleen Walsh, M.D.
Physicians Health Alliance
890 Viewmont Drive
Dickson City, PA 18519

Gary M. Chambers, P.E.
Wolf Technical
9855 Crosspoint Blvd.
Suite 126
Indianapolis, IN 46256
1.800.783.965.
317.842.6075
317.842.6974 (fax)
gchambers@wolftechnical.com

William Anderson, M.D.
Forensic Dimensions
1630 Bridgewater Drive
Heathrow, FL 32746
407.333.3512

Clifford Beinart, M.D.
311 Greenwich Street
New York, NY 10013
212.732.1886

Patricia L. Chilleri, M.S.
Keystone Rehabilitation, Inc.
841 Wyoming Avenue
Kingston, PA 18704
570.283.2290
570.283.1471 (fax)
pchilleri.key@epix.net

Andres J. Calderon, Ph.D.
Consulting Engineers & Scientists, Inc.
The Commons at Great Valley
41 General Warren Blvd.
Malvern, PA 19355
610.296.2250

Dr. Alan Cantor
2288 2nd Street Pike
POB 78
Penns Park, PA 18943
215.598.9750

Dr. Jonathan A. Cunitz
Seven Lamplight Lane
Westportt, CT 06880
203.227.2287
203.454.1970 (fax)
j@cunitz.com

Robert Eilers, M.D.
Physical Medicine and Rehabilitation Associates
Bluff Creek
45 W. 699 Jeter Road
Big Rock, IL 60511
630.556.9900
pmrassociates1@gmail.com

Richard E. Fischbein, M.D.
562 Wyoming Avenue
Kingston, PA 18704
570.552.3780
570.552.3770 (fax)

Juan Gaia, M.D.
Valley Open MRI
451 Third Avenue
Kingston, PA 18704
570.283.0528

Neal A. Growney, P.E.
265 Steves Lane
Franklin Lakes, NJ 07417
201.891.2768
nealagrowney@verizon.net

Dr. David Gushue
2288 2nd Street Pike
POB 78
Penns Park, PA 18943
215.598.9750

Cynthia Edwards-Hawver
400 S. State Street
Clarks Summit, PA 18411
570.575.3765
cynthiahawver@mac.com

Matthew T. Kline, M.D.
Center for Pain Medicine
101 Bryn Mawr Avenue
Suite 200
Bryn Mawr, PA 19010
610.527.9500

William R. Lazor, CPA
Joseph R. Beltrami, CFE
Kronick Kalada Berdy & Co.
190 Lathrop Street
Kingston, PA 18704
570.283.2727
570.283.1670 FAX
wlazor@kkbcpas.com

Michael D. Pepe, P.E.
Wolf Technical
9855 Crosspoint Blvd.
Suite 126
Indianapolis, IN 46256
1.800.783.965.
317.842.6075
317.842.6974 (fax)
mpepe@wolftechnical.com

William Prebola, M.D.
Northeastern Rehabilitation Associates
150 Mundy Street
Wilkes-Barre, PA 18702
570.824.0930

Maryjoyce Rotella, D.C.
135 Kimberly Circle
Clarks Summit, PA 18411
570.587.0880

Andrew C. Verzilli, M.B.A.
Verzilli, Verzilli & Associates
411 North Broad Street
Lansdale, PA 19446
215.368.7797

Mitchell Scheiman, O.D.
151 Summit Lane
Bala Cynwyd, PA 19004
215.276.6057
mscheiman@salus.edu

Ed Barth and/or any employees of Ed Barth Video Services
100 Jason Drive
Plains, PA 18705
570-825-4434

Representatives of Eaddy Reporting
25 W. 45th Street
9th Floor
NY, NY 10036
212.599.3658
212.692.9171 (fax)

Representatives of Serving by Irving
233 Broadway
Suite 2201
New York, NY 10279
212.233.3346

Walter Baumgarten
Trade Fixtures
1501 Westpark Drive
Suite #5
Little Rock, AR 72204
501.664.1318

Bob Bullers
Trade Fixtures
1501 Westpark Drive
Suite #5
Little Rock, AR 72204
501.664.1318

Rick McCool
Trade Fixtures
1501 Westpark Drive
Suite #5
Little Rock, AR 72204
501.664.1318

949903.1

Scott Johnson
Trade Fixtures
1501 Westpark Drive
Suite #5
Little Rock, AR 72204
501.664.1318

<u>Furthermore, Plaintiffs reserve the right to call any of the following</u>:

Records Custodians for any/all records produced and/or identified during discovery.

Individuals identified by any party.

Any and all individuals deposed, including the right to call as of cross-examination witnesses deposed by Plaintiffs.

Any and all past or present directors, officers, board members and/or administrators of the defendant entity.

Any/all individuals who executed verifications to any pleadings and/or discovery.

Those individuals who approved and/or authored documents exchanged and/or identified during the course of discovery.

Any individual referred to and/or identified during the course of discovery and/or in documents produced during discovery by any party.

Current and/or former employees, agents and/or servants of the Defendant entity.

Defendants individually and/or by and through the corporate designees and/or representatives for the defendant entity.

Any current party to this action.

Family and friends of Plaintiffs.

Any and all treating physicians and/or healthcare/treatment providers identified in the medical records of Mary Elizabeth Jordan-Flickinger.

Anyone identified in Plaintiffs' Complaint.

949903.1

12

All individuals previously listed in Plaintiffs' Rule 26 Disclosure Preliminary Statement.

Plaintiffs further reserve the right to call any and all individuals identified on Defendant's witness list not already identified herein.

*Plaintiffs reserve the right to supplement this witness list up to and including the time of trial.*

                HOURIGAN, KLUGER & QUINN, P.C.


BY   /s/ Kevin C. Quinn
     JOSEPH A. QUINN, JR., ESQ.
     KEVIN C. QUINN, ESQ.
     BRIAN Q. MCDONNELL, ESQ.
     NICOLE M. SANTO, ESQ.
     Attorneys for Plaintiffs
     600 Third Avenue
     Kingston, PA  18704
     570-287-3000